IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) <br> ) <br> STREAMLINE PRODUCITON GROUP, LLC, ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) <br> ) <br> EVA M. LEMEH, TRUSTEE, ) <br> ) <br> PLAINTIFF. ) <br> ) <br> vs. ) <br> ) <br> DANIEL MYERS D/B/A DTM MEDIA, ) <br> ) <br> DEFENDANT. ) | Case No: 3:23-bk-02638 <br> Chapter 7 <br> Judge Walker <br><br><br><br><br> Adv. Proc. No. 3:25-ap-90076 |

## ANSWER TO COMPLAINT TO AVOID PREFERENTIAL TRANSFERS AND TO RECOVER AMOUNT OF SUCH TRANSFER

Comes Now, Defendant, Daniel Myers, d/b/a DTM Media, by and through the undersigned counsel and files this Answer to the Trustee's Complaint to Avoid Preferential Transfers and to Recover Amount of Such Transfers. In response, Defendant would state as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8.  Denied. Defendant would show that a diligent review of the records would reveal that no [payments were made to Defendant from the Debtor with the ninety days preceding Debtor's bankruptcy filing.

9.  Denied. Defendant demands proof of any such payments. The Trustee has referenced Invoice No. 844 in the amount of $10,887.87. An invoice is not proof that Defendant actually received this amount from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

10. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

11. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

12. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

13. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

14. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

15. Defendant incorporates the above responses to Paragraphs 1 through 14 of the Complaint.

16. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

17. Denied. No such payments were made to Defendant from Debtor within the 90 days preceding Debtor's bankruptcy filing. Defendant demands proof of having received any payments from Debtor within the 90 days preceding Debtor's bankruptcy filing.

## AFFIRMATIVE DEFENSES

1. This Complaint should be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, the Defendant requests that the Court dismiss this Complaint, for an award of attorney's fees in having to defend against this Complaint and granting such other and further relief that the Court deems fit and proper.

Respectfully submitted,

s/ Jonathan Jackson Pledger
Jonathan Jackson Pledger
219 Third Ave N
Franklin, TN 37064
615-599-1785 – Tel.
jjpledger@comcast.net

Counsel for Debtor Daniel Myers

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Answer has been served up the following via the Court's ECF system on this 2nd day of September 2025.

Phillip G. Young, Jr.
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Phillip@thompsonburton.com

                                                      s/ Jonathan Jackson Pledger
                                                      Jonathan Jackson Pledger